# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20MJ3948 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Karina GONZALEZ Ponce, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about September 15, 2020, within the Southern District of California, Karina GONZALEZ Ponce, did knowingly and intentionally import 500 grams and more, to wit: approximately 25.20 kilograms (55.55 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Marina Griffin
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th day of September 2020.

_____
HON JILL L. BURKHARDT
U.S. MAGISTRATE JUDGE



# STATEMENT OF FACTS

On September 15, 2020, at approximately 6:50 AM, Karina GONZALEZ Ponce ("GONZALEZ"), a United States citizen, entered the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #23. GONZALEZ was the driver, sole occupant, and registered owner of a 2018 Honda Civic ("the vehicle") bearing California license plates.

A Canine Enforcement Officer was conducting pre-primary roving operations when the Human and Narcotic Detection Dog alerted to the driver's side rear quarter panel of the vehicle while the vehicle was at the primary booth.

A Customs and Border Protection Officer received two negative Customs declarations from GONZALEZ. GONZALEZ stated she was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panels and spare tire of the vehicle.

Further inspection of the vehicle resulted in the discovery of 53 packages concealed in the quarter panels and spare tire of the vehicle, with a total approximate weight of 25.20 kgs (55.55 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

GONZALEZ was placed under arrest at approximately 8:45 AM.

1

GONZALEZ was charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance and issued a Notice to Appear.